Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELISSA MURPHY,** ) | Case No. 3:11-CV-00689-L-MDD |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| **PORTFOLIO RECOVERY** ) | |
| **ASSOCIATES, LLC,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | _____ |

    NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal with Prejudice will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted this 25th day of May, 2011.

                                By: s/Todd M. Friedman
                                     TODD M. FRIEDMAN
                                     Law Offices of Todd M. Friedman, P.C.
                                   Attorney for Plaintiff

Filed electronically on this 25th day of May, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable M. James Lorenz
United States District Court
Southern District of California


Adrienne Rowberry
Litigation Counsel
140 Corporate Boulevard
Office of General Counsel
Norfolk, VA  23502

This 25th day of May, 2011

<u>s/Todd M. Friedman</u>
Todd M. Friedman