Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELISSA MURPHY,** | ) Case No. 3:11-cv-00689-L -MDD |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL WITH PREJUDICE** |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 1st day of July, 2011.

By:    s/Todd M. Friedman
       Todd M. Friedman, Esq.
       Law Offices of Todd M. Friedman, P.C.
       Attorney for Plaintiff

Notice of Dismissal - 1

1  Filed electronically on this 1st day of July, 2011, with:

2
3  United States District Court CM/ECF system

4  And hereby served upon all parties

5  Notification sent on this 1st day of July, 2011, via the ECF system to:
6
7  Honorable M. James Lorenz
   Judge of the United States District Court
8  Southern District of California

9
10 Copy sent via mail on this 1st day of July, 2011, to:

11 Adrienne Rowberry
   Litigation Counsel
12 140 Corporate Boulevard
13 Office of General Counsel
14 Norfolk, VA 23502

15
   By: s/Todd M. Friedman
16      Todd M. Friedman

17
18
19
20
21
22
23
24
25
26
27
28